IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00453-CMA-CBS

ALAN C. IVAR,
an individual,
DEBORAH L. IVAR,
an individual, and
CLIFFORD A. BERNSTEIN,
an individual,

      Plaintiffs,

v.

ELK RIVER PARTNERS, LLC,
a Georgia limited liability company,
DMB REALTY LLC,
a Delaware limited liability company, d/b/a Marabou Realty,
JEFFREY TEMPLE,
an individual,
JOHN HILLENBRAND,
an individual, and
DOES 1-100,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Leave to Designate Non-Parties at Fault *(doc. # 36)* is GRANTED.  Defendants' Designation of Non-Parties at Fault *(doc no. 36-2)*, tendered to the court on August 14, 2009, is accepted for filing as of the date of this order.

**DATED:**      August 20, 2009