## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  　　　　　Date: October 30, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 09-cv-00453-CMA-CBS

| *Parties:* | *Counsel:* |
|---|---|
| ALAN C. IVAR,<br>DEBORAH L. IVAR, and<br>CLIFFORD A. BERNSTEIN, | Jay Freedman |
| 　　　Plaintiffs, | |
| v. | |
| ELK RIVER PARTNERS, LLC,<br>DMB REALTY, LLC,<br>JEFF TEMPLE,<br>JOHN HILLENBRAND,<br>M&I MARSHALL & ILSLEY BANK, and<br>DOES 1- 100, | Jon Vonder Haar<br>Timothy Rastello<br>Mark Wiletsky<br>Tyler Coombe |
| 　　　Defendants. | |

_____

## COURTROOM MINUTES
_____

HEARING: Preliminary Injunction

**8:34 a.m.　　Court in session**.

Also present: Defendant Jeff Temple.

Argument.

**ORDER:**　　Plaintiffs Alan C. Ivar and Deborah L. Ivar's *Ex Parte* Motion for

          Preliminary Injunction **(46)** is **denied**.

**ORDER:**   The Clerk's Office shall unseal all documents related to the Motion for Preliminary Injunction **(46)**.

**9:30 a.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:56