**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes          Date: December 2, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 09-cv-00453-CMA-CBS

| *Parties:* | *Counsel:* |
|---|---|
| ALAN C. IVAR, an individual, | Jay Freedman |
| DEBORAH L. IVAR, an individual, and | |
| CLIFFORD A. BERNSTEIN, an individual, | |
| | |
|         Plaintiffs, | |
| | |
| v. | |
| | |
| ELK RIVER PARTNERS, LLC, a Georgia limited | Timothy Rastello |
| liability company, |  William Pope Langdale, III |
| DMB REALTY LLC, a Delaware limited liability | Jeffrey Lippa |
| company, *d/b/a* Marabou Realty, | Laura Sixkiller |
| JEFFREY TEMPLE, an individual, | Mark Wiletsky |
| JOHN HILLENBRAND, an individual, and | |
| MARSHALL & ILSLEY BANK, a Wisconsin | Jon Vonder Haar |
| corporation, | |
| | |
|         Defendants. | |

---

**COURTROOM MINUTES**

---

HEARING: Motions

**2:33 p.m.     Court in session**.

Argument on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint **(14)**.

Plaintiffs concedes that the Court is bound by the precedent of the Tenth Circuit in *Woodward v. Terracor* that residential lot purchases are not the equivalent of

investment contracts.

**ORDER:**      Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint **(14)** is **taken under advisement**.

**DEADLINES/HEARINGS:**
Simultaneous briefing as to what link or causation there has to be between the predicate acts and the misrepresentations that were relied upon due **December 3, 2009**, **5:00 p.m.**

**3:52 p.m.      Court in recess/hearing concluded**.

Total in-court time: 1:19