IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.:   09-cv-00453-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   March 31, 2010 | Courtroom Deputy:   Linda Kahoe |

| | |
|---|---|
| ALAN C. IVAR, *et al.,* | Michael B. McClellan |
| Plaintiffs, | |
| v. | |
| ELK RIVER PARTNERS, LLC, *et al.,* | William Pope Langdale, III |
| | Laura E. Sixkiller |
| | Mark Brian Wiletsky |
| | Timothy Mark Rastello |
| DMB REALTY LLC, *et al.,* | E. Jeffrey Walsh |
| MARSHALL & ILSLEY BANK, | Jon A.C. Vonderhaar |
| Defendants, | |
| LAND TITLE GUARANTEE COMPANY, | |
| Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:        2:38 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the First Joint Motion of All Parties to Amend Scheduling Order, doc #[93], filed 3/24/2010.

The court will not rule on the Motion to Amend, doc #[93], at this time.  The court suggests that, in light of Judge Arguello's Order, the parties confer and decide what is really necessary, decide what the parties want to do, and how they will go forward.  The parties should decide who they want to depose and contact them for available dates.

**ORDERED:**   All depositions in this case must be completed by the end of **MAY, 2010**.

**ORDERED**:   A Telephonic Status Conference is set for **APRIL 2, 2010 at 2:00 p.m.** (Denver time) to discuss the parties' discussions that have taken place during the intervening time, to finalize depositions, and to revisit the deadlines proposed in the Motion to Amend, #[93].  *(Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

HEARING CONCLUDED.
**Court in recess**:        **2:56 p.m.**
Total time in court:    00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.