IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-00453-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: April 2, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| ALAN C. IVAR, *et al.*, | Michael B. McClellan |
|    Plaintiffs, | Jay B. Freedman |
| v. | |
| ELK RIVER PARTNERS, LLC, *et al.*, | William Pope Langdale, III |
| | Laura E. Sixkiller |
| | |
| | Timothy Mark Rastello |
| DMB REALTY LLC, *et al.*, | E. Jeffrey Walsh |
| MARSHALL & ILSLEY BANK, | Jon A.C. Vonderhaar |
|    Defendants, | |
| LAND TITLE GUARANTEE COMPANY, | |
|    Interested Party. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       2:03 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Stipulated Revised Scheduling Order, doc #[103], filed 4/2/2010.

**ORDERED:**   The First Joint Motion of All Parties to Amend Scheduling Order, doc #[93] is **GRANTED IN PART AND DENIED IN PART.**  Consistent with the dates set on the record, the court accepts the Stipulated Revised Scheduling Order, doc #[103].

**ORDERED:**   The Discovery Cut-off is extended to **AUGUST 6, 2010.**  All fact and non-fact depositions must be completed on or before **AUGUST 6, 2010.**  Affirmative experts must be designated, consistent with Rule 26(a)(2), on or before **JUNE 25, 2010.**  Rebuttal experts must be designated, consistent with Rule 26(a)(2), on or before **JULY 23, 2010.**  The Dispositive Motion deadline is extended to **SEPTEMBER 14, 2010.  THESE DATES WILL NOT CHANGE.**

**ORDERED**:   The current Final Pretrial Conference set for September 29, 2010 at 9:15 a.m. is **VACATED** and **RESET for NOVEMBER 17, 2010 at 1:30 p.m.**  A Proposed Final Pretrial Order is due 5 days prior.

HEARING CONCLUDED.
**Court in recess**:       **2:26 p.m.**
Total time in court:   00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.