## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00453-CMA-CBS

ALAN C. IVAR, an individual
DEBORAH L. IVAR, an individual, and
CLIFFORD A. BERNSTEIN, an individual,

    Plaintiffs,

ELK RIVER PARTNERS, LLC,
aGeorgia limited liability company;
DMB REALTY LLC,
a Delaware limited liability company
d/b/a MARABOU REALTY;
JEFFREY TEMPLE, an individual;
JOHN HILLENBRAND, an individual; and
and DOES 1-100,

    Defendants.
_____

### ORDER GRANTING UNOPPOSED
### MOTION FOR TEMPORARY STAY AND EXTENSION
### OF CERTAIN DISCOVERY DEADLINES
_____

This matter comes before the Court on the "Unopposed Motion for Temporary Stay and Extension of Certain Discovery Deadlines" (doc. no. 130) filed on behalf of all of the defendants in both Civil Action File No. 09-cv-00453-CMA-CBS and Civil Action File No. 10-cv-01291-CMA. Being fully advised in the premises, the Court rules as follows:

IT IS HEREBY ORDERED that the above-referenced Motion is GRANTED. All depositions and expert discovery is hereby stayed until **September 13, 2010**. The parties may proceed with all other forms of discovery permitted under the Federal Rules

of Civil Procedure in accordance with the discovery limitations set forth in this Court's Scheduling Order [doc. no 29], issued July 17, 2009.

IT IS HEREBY FURTHER ORDERED that the deadlines previously set by the Court for the following matters shall be amended as follows:

| Action | Previous Date | New Date |
|---|---|---|
| Designation of Affirmative Experts and Affirmative Expert Reports under Rule 26(a)(2) | June 25, 2010 | **October 15, 2010** |
| Designation of Rebuttal Experts and Rebuttal Expert Reports under Rule 26(a)(2) | July 23, 2010 | **November 16, 2010** |
| Discovery Cut-Off | August 6, 2010 | **December 12, 2010** |
| Dispositive Motion Deadline | September 14, 2010 | **January 24, 2011** |
| Final Pretrial Conference | November 17, 2010 | **March 2, 2011** |
| Proposed Final Pretrial Order | 5 days prior to the conference | **5 days prior to the conference** |

Dated this 28th day of July, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge