IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00453-CMA-CBS

ALAN C. IVAR, an individual,
DEBORAH L. IVAR, an individual, and
CLIFFORD A. BERNSTEIN, an individual,

    Plaintiffs,

v.

ELK RIVER PARTNERS, LLC, a Georgia limited liability company,
DMB REALTY LLC, a Delaware limited liability company, d/b/a MARABOU REALTY,
JEFFREY TEMPLE, an individual,
JOHN HILLENBRAND, an individual, and
DOES 1-100,

    Defendants.

---

M & I BANK, FSB, a Wisconsin corporation,

    Counterclaimant,

v.

ALAN C. IVAR, an individual, and
DEBORAH L. IVAR, an individual,

    Counterdefendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 151). The Court having considered the Stipulated Motion for Dismissal, and fully advised in the premises, hereby

ORDERS that the above-captioned matter, including all claims and counter-claims asserted therein, be DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED: October   22  , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge